UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SHERI L. RATHER,

        Plaintiff,

  v.

DAVID GLEESON, et al.,

        Defendants.

CASE NO. C05-766JLR

ORDER

    This matter comes before the court upon Plaintiff's Motion for Summary Judgement (Dkt. # 5).  Having reviewed the court file, and being fully informed, the court STRIKES the motion.

    There is no evidence that the complaint (Dkt. # 3) has been served on Defendants. Similarly, there is no evidence in the court file that the Motion for Summary Judgement (seeking $925,000,000) has been served on any party.  As such, the motion is improper and will not be accepted by the court.

    Dated this 2nd day of June, 2005.

                                                          JAMES L. ROBART
                                                         United States District Judge

ORDER